UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEDIDIAH D. STEPHEN and KATHRYN STEPHEN, | : : : | |
| Plaintiffs, | : : | Civil Action 2:13-cv-148 Judge George C. Smith |
| v. | : : | Magistrate Judge Deavers |
| GORILLA, INC., | : : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon stipulation of the parties, Jedidiah D. Stephen, Kathryn Stephen, and Gorilla, Inc., the parties have agreed to dismissal with prejudice in this case.

Therefore, it is hereby ordered, adjudged and decreed that the above-referenced case is dismissed in its entirety with prejudice and without costs or attorney fees to any party. This Order of Dismissal disposes of any and all claims in this matter.

*s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**